AO 450 (Rev. 01/09; DC-03/10) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Kristen Jeannine Pond ) | |
| *Plaintiff* ) | Civil Action No. 21-912 (RCL) |
| v. ) | |
| Kilolo Kijakazi ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other: Judgment is entered in favor of the Defendant and the Administrative Law Judge's June 9, 2020 determination is AFFIRMED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Royce C. Lamberth _____ on a motion for

Judgment of Affirmance.

Date: _____ 06/06/2023 _____

ANGELA D. CAESAR, CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk